Tod F. Schleier, Esq., #004612
**SCHLEIER LAW OFFICES, P.C.**
3101 North Central Avenue, Suite 1090
Phoenix, AZ  85012-2640
Telephone: (602) 277-0157
Facsimile (602) 230-9250
tod@schleierlaw.com

David J. Marshall
Alexis Ronickher
Aaron D. Blacksberg
**KATZ, MARSHALL & BANKS, LLP**
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C.  20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148
marshall@kmblegal.com
ronickher@kmblegal.com
blacksberg@kmblegal.com
(admitted *pro haec vice*)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Woolstenhulme; and Michael Pickering; | No. CV-16-03792-PHX-DLR |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| MasTec, Inc., a Delaware corporation; and EC Source, a wholly-owned subsidiary of MasTec, Inc., | |
| Defendants. | |

Pursuant to Rule 40.2(d) L.R.Civ.P., Plaintiffs Ricky Woolstenhulme and Michael Pickering hereby give Notice that the Parties have settled the above matter.    The corresponding dismissal documents shall be forthcoming.

.

RESPECTFULLY SUBMITTED this 25th day of May, 2017.


SCHLEIER LAW OFFICES, PC

/s/ Tod F. Schleier
Attorneys for Plaintiffs


## CERTIFICATE OF MAILING

I hereby certify that on this 25th day of May, 2017 I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the following:


Robert K. Jones (State Bar #016228)
Monica M. Ryden (State Bar #023986)
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Attorneys for Defendants


/s/ Miriam L. Thacker

-2-