# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Woolstenhulme, et al., | No. CV-16-03792-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| MasTec Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice. (Doc. 52.) For good cause shown,

**IT IS ORDERED** that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 31st day of May, 2017.

_Douglas L. Rayes_
United States District Judge